**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 371 EAL 2021

          Respondent                           :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

          v.                              :

REGINALD BRYANT,                     :

          Petitioner                      :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 372 EAL 2021

          Respondent                           :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

          v.                              :

REGINALD BRYANT,                     :

          Petitioner                      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.